# *THE LITVAK LAW FIRM, PLLC*

## IGOR B. LITVAK, ESQ.
## ATTORNEY AND COUNSELOR AT LAW
### 1733 SHEEPSHEAD BAY ROAD, STE 22
### BROOKLYN, NY 11235
### 718-989-2908
### IGOR@LITVAKLAWNY.COM
### WWW.NYCCRIMELAWYER.COM

March 4th, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** **United States v. Edward Abayev**
> **Criminal Docket No. 1:19-cr-00789-PGG-16**

Dear Judge Gardephe:

My firm represents Mr. Abayev in the aforementioned case. Mr. Abayev's youngest daughter is getting married on June 21st, 2020, the wedding ceremony and reception will take place at Long Branch, New Jersey. Mr. Abayev is hoping to attend his daughter's wedding and is invited as one of the main guests.

It is therefore respectfully requested that Edward Abayev's bail conditions are modified to allow Mr. Abayev to travel to Long Branch, New Jersey from June 21st, 2020 through June 22, 2020. This is Mr. Abayev's first such request since the case began, during which time he has complied and cooperated with all conditions placed on him.

All necessary authorities have been contacted prior to making this request. Pre-trial officer takes no position and the AUSA has no objections.

Thank you for your consideration of this letter.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____/s/ Igor Litvak_____
Igor Litvak, Esq.
NY Bar No. 5109749
Attorney for Edward Abayev

Paul G. Gardephe, U.S.D.J.

Dated: March 10, 2020