UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

EDWARD ABAYEV,
    a/k/a "Eddie,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Edward Abayev's sentencing will take place on **November 1, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Abayev are due by **October 11, 2021**. The Government's submission is due by **October 18, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for Defendant Abayev.

Dated: New York, New York
       June 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1