UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>EDWARD ABAYEV,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at the December 1, 2021 sentencing, the Government and defense counsel will respond to Allstate's restitution application by December 31, 2021. (Dkt. No. 603-1) Allstate's reply, if any, is due by January 10, 2022.

Dated: December 6, 2021
      New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge