# *THE LITVAK LAW FIRM, PLLC*

## IGOR B. LITVAK, ESQ.
## ATTORNEY AND COUNSELOR AT LAW
### 1733 SHEEPSHEAD BAY ROAD, STE 22
### BROOKLYN, NY 11235
### 718-989-2908
### IGOR@LITVAKLAWNY.COM
### WWW.NYCCRIMELAWYER.COM

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul s sardephe*

**Paul G. Gardephe, U.S.D.J.**

Date:  February 7, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Rose, et al (Edward Abayev) - Criminal Docket No. 1:19-cr-00789**

Dear Judge Gardephe:

My firm represented Mr. Abayev in the aforementioned case. On December 1st, 2021, Mr. Abayev was sentenced to 1 year and 1 day in jail, and 3 years of supervised release. In addition, he was ordered to pay a $20,000 fine, $18,000 in forfeiture, and $100 in special assessment.

On January 10th, 2022, Mr. Abayev surrendered to US Marshals to serve his sentence and was released from BOP custody on November 16th, 2022. In addition, Mr. Abayev has fully paid the fine, forfeiture, and special assessment, in total $38,100.00. What's more, Mr. Abayev has so far fully complied with all the conditions of his supervised release.

Mr. Abayev plans a vacation trip to the Dominican Republic with his wife and son. Mr. Abayev will be out of the country from March 15, 2024, through March 21, 2024.

On behalf of Mr. Abayev, I am submitting this letter to request the Court's permission for Mr. Abayev to travel to the Dominican Republic from March 15, 2024, through March 21, 2024. Mr. Abayev's probation officer does not oppose this request but directed Mr. Abayev to seek the Court's authorization concerning the same.

Thank you for your consideration of this letter.

\_\_\_\_/s/ Igor Litvak_____
Igor Litvak, Esq.